**No. 10-214. Richard Fraterrigo, Petitioner v. Akal Security, Inc.**

562 U.S. 1054, 131 S. Ct. 598, 178 L. Ed. 2d 453, 2010 U.S. LEXIS 8818.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 376 Fed. Appx. 40.

**No. 10-512. In re Grand Jury Proceedings.**

562 U.S. 1054, 131 S. Ct. 616, 178 L. Ed. 2d 453, 2010 U.S. LEXIS 8992.

November 15, 2010. Motion of petitioners to unseal the petition for writ of certiorari denied. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.